UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KIMBERLY A. WINKLER**
n/k/a
**KIMBERLY WINKLER DELANEY**
     **Plaintiff**

vs.     Case No.11-CV-2358-T-24 AEP

**CACH, LLC**
**AND**
**LAW OFFICE OF HAROLD E. SCHERR, P.A.**
**AND**
**GARY RIDGE, INDIVIDUALLY**
**AND**
**JOHN DOE #1**
     **Defendants**
_____/

**JOINT NOTICE OF SETTLEMENT AS TO ALL DEFENDANTS**

Pursuant to Local Rule of Civil Procedure 3.08 the court is hereby notified the Defendants and Plaintiff has reached a settlement in the above styled case.

The parties have been unable to reach agreement on the amount of attorney fees and costs and the Plaintiffs attorney will therefore be filing a motion for attorney fees and costs and asks the court to reserve jurisdiction to determine same.

The parties are in the process of finalizing the settlement agreement.

**MEMORANDUM OF LAW**

**RULE 3.08 NOTICE OF SETTLEMENT**

(a) It shall be the duty of all counsel to immediately notify the Court upon the settlement of any case.

-1-

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on June 13, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

      /S/Frederick W. Vollrath, Esq.
Frederick W. Vollrath FBN 165-812
307 South Fielding Avenue, #2
Tampa, Florida 33606-4126
813-335-4379
Email: fredvollrath@aol.com
COUNSEL FOR PLAINTIFF